■ ADOLPH TAUSIK v. HELEN T. TAUSIK.— Motion for leave to appeal to the Court of Appeals granted. Motion for a stay of the warrant of eviction

granted on condition that the bonds in the amount of $7,500 heretofore filed be continued pending the hearing and determination of the appeal to the Court of Appeals and on the further condition that the appeal is perfected for the December 1960 Term of that court. Settle order on notice. Concur — Botein, P. J., Rabin, Valente, McNally and Bergan, JJ.